UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC JORDAN ELAM, 1001453590,<br>Plaintiff,<br>v.<br>SNAPCHAT, INC., et al.,<br>Defendant(s). | Case No. 25-cv-03827-CRB (PR)<br><br>**ORDER OF DISMISSAL** |

I.

Plaintiff, a prisoner at Dooly State Prison in Unadilla, Georgia, has filed a pro se complaint alleging that Snapchat, Inc., Meta Platforms, Inc., and Verizon Wireless violated the Stored Communications Act (SCA), 18 U.S.C. §§ 2701-2713, when they disclosed his electronic communications to law enforcement pursuant to a search warrant issued in March 2021 by Cherokee County Magistrate Court. Plaintiff argues that the Cherokee County Magistrate Court does not qualify as a "court of competent jurisdiction" under § 2703(a) because it lacks general criminal jurisdiction as required by federal law.

Plaintiff seeks damages and declaratory relief, and also leave to proceed in forma pauperis (IFP) under 28 U.S.C. § 1915.

II.

A federal court shall dismiss a case filed IFP at any time if it determines that the action is "frivolous or malicious," "fails to state a claim on which relief may be granted" or "seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2).

III.

The SCA provides that "court of competent jurisdiction" includes "a court of general criminal jurisdiction of a State authorized by the law of that State to issue search warrants." 18

U.S.C. § 2711. Georgia magistrate courts are courts of limited jurisdiction, in that among other things they do not have power to issue process in the nature of mandamus, prohibition, specific performance, quo warranto, and injunction. Ga. Const. art. VI, § 1, ¶¶ I, IV. But Georgia law specifically provides that Georgia magistrate courts may issue warrants. See Ga. Code § 17-4-40 ("[a]ny judge of a superior, city, state, or magistrate court or any municipal officer clothed by law with the powers of a magistrate may issue a warrant for the arrest of any offender . . ."); Ga. Code § 15-10-2(a)(1) ("Each magistrate court and each magistrate thereof shall have jurisdiction and power over the following matters: (1) The hearing of applications for and the issuance of arrest and search warrants . . .").

To be a court of competent jurisdiction within the meaning of § 2711 requires that the court have the authority to issue warrants. See Hubbard v. MySpace, Inc., 788 F. Supp. 2d 319, 324 (S.D.N.Y. 2011) (in context of SCA, court of competent jurisdiction "implicates a judicial officer's authority to issue warrants, not to try cases; holding that warrant issued by Cherokee County magistrate court was not invalid due to fact issuing magistrate could not have presided over criminal trial of user). The Cherokee County Magistrate Court is a court of competent jurisdiction within the meaning of § 2711 because it is authorized to issue warrants. See id. Plaintiff's allegations therefore fail to state a claim for violation of the SCA.

IV.

For the foregoing reasons, the complaint is DISMISSED under 28 U.S.C. § 1915(e)(2) for failure to state a claim on which relief may be granted.

The clerk shall close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 4, 2025

CHARLES R. BREYER
United States District Judge